| | |
|---|---|
| Debtor 1  Paul, Lonnie J. | Case number *(if known)*  20-40979 |

Lessor's name:  
Description of leased Property:  
☐ No ☐ Yes

Lessor's name:  
Description of leased Property:  
☐ No ☐ Yes

Lessor's name:  
Description of leased Property:  
☐ No ☐ Yes

Lessor's name:  
Description of leased Property:  
☐ No ☐ Yes

Lessor's name:  
Description of leased Property:  
☐ No ☐ Yes

Lessor's name:  
Description of leased Property:  
☐ No ☐ Yes

Lessor's name:  
Description of leased Property:  
☐ No ☐ Yes

**Part 3:  Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  /s/ Lonnie J. Paul  
Lonnie J. Paul  
Signature of Debtor 1

X _____  
Signature of Debtor 2

Date  January 6, 2021

Date _____

Debtor 1    Lonnie J. Paul
            First Name         Middle Name         Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name     Last Name

United States Bankruptcy Court for the:    DISTRICT OF IDAHO, TWIN FALLS DIVISION

Case number   20-40979
(If known)

☐ Check if this is an amended filing

Official Form 106Dec
## Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____    Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/Lonnie J. Paul                            X _____
  Lonnie J. Paul
  Signature of Debtor 1                          Signature of Debtor 2

Date   January 6, 2021                          Date

Debtor 1  Paul, Lonnie J.                                   Case number (if known)  20-40979

bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Lonnie J. Paul
Lonnie J. Paul                                              Signature of Debtor 2
Signature of Debtor 1

Date  January 6, 2021                                       Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☒ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).